# United States District Court
## FOR THE
### WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

    *v.*       Crim. No.    01-03096-01-CR-S-3

**CALL, JAMES STEVEN**

On  April 23, 2002 , the above named was placed on probation for a period of  5  years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

    Respectfully submitted,

    */s/ Susan L. Richart*

    Susan L. Richart
    Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of December,, 2006.

    /s/ Ortrie D. Smith
    ORTRIE D. SMITH
    UNITED STATES DISTRICT JUDGE